AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JOHN F. GREEN, III** | (For Offenses Committed On or After November 1, 1987) |

Case Number:  **1:98CR10270-002**

**MICHAEL ANDREWS, ESQ.**
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s)  __1-6__          of the term of supervision

**DOCKETED**

☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | VIOLATION OF LAW (Deft. shall not commit another Federal, State or local law) | 01/01/2001 |
| 2 | VIOLATION OF STANDARD CONDITION #2 (Deft. shall report to the Probation Officer as directed by the Court...) | 12/08/2000 |
| 3 | VIOLATION OF STANDARD CONDITION #3 (Deft. shall answer truthfully all inquiries by Probation Officer...) | 08/01/2000 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.  The sentence is imposed pursuant

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | **02/08/2001** |
| Defendant's Date of Birth: **12/13/1963** | Date of Imposition of Judgment |
| Defendant's USM No.: **21998-038** | |
| Defendant's Residence Address: | *Richard G. Stearns* |
| **IN FEDERAL CUSTODY** | Signature of Judicial Officer |
| **BOSTON**            **MA** | **RICHARD G. STEARNS** |
| | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **IN FEDERAL CUSTODY** | **2-9-01.** |
| **BOSTON**            **MA** | Date |

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocations   Case 1:98-cr-10270-RGS   Document 36   Filed 02/09/01   Page 2 of 5

Judgment-Page  1a  of  4

DEFENDANT:       **JOHN F. GREEN, III**

CASE NUMBER:     **1:98CR10270-002**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 4 | **VIOLATION OF STANDARD CONDITION #5 (Deft. shall work regularly at a lawful occupation unless excused by the Probation Officer...)** | **08/01/2000** |
| 5 | **VIOLATION OF STANDARD CONDITION #6 (Deft. shall notify the Probation Officer prior to any change of residence or employment)** | **07/01/2000** |
| 6 | **VIOLATION OF STANDARD CONDITION #9 (Deft. shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the United States Probation Officer.** | **08/01/2000** |

DEFENDANT:        **JOHN F. GREEN, III**
CASE NUMBER:      **1:98CR10270-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___**18**___ month(s) _____ .

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

DEFENDANT: **JOHN F. GREEN, III**
CASE NUMBER: **1:98CR10270-002**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ____**18**____ month(s) .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

 The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).
**See Special Conditions of Supervision - Page     4**

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:    **JOHN F. GREEN, III**

CASE NUMBER:    **1:98CR10270-002**

# SPECIAL CONDITIONS OF SUPERVISION

**1. THE DEFENDANT SHALL NOT PURCHASE OR POSSESS A FIREARM OR ANY OTHER DANGEROUS WEAPON;**

**2. THE DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE PROGRAM AT THE DIRECTION OF THE U. S. PROBATION OFFICER, WHICH PROGRAM MAY INCLUDE RANDOM DRUG TESTING TO DETERMINE IF THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL;**

**3. THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.**